■ In the Matter of Francisco G.Z., Appellant. Chautauqua County Attorney, Respondent. [825 NYS2d 651]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered February 14, 2006 in a proceeding pursuant to Family Court Act article 3. The order placed respondent in the custody of the New York State Office of Children and Family Services for a period of 12 months.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.